ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
**PANEL ESPECIAL**

| | | |
|---|---|---|
| EDDY ANTONIO SARITA MINAYA, ELSA SANTANA<br><br>RECURRIDOS<br><br>V.<br><br>T-BOARDS, INC.<br><br>PETICIONARIA | KLCE202500366 | Apelación procedente del Tribunal de Primera Instancia, Sala de Superior de Carolina<br><br>Caso Número: CA2024CV03796<br><br>Sobre: Cobro de Dinero Ordinario y otros |

Panel integrado por su presidenta, la Jueza Martínez Cordero, el Juez Cruz Hiraldo y la Juez Lotti Rodríguez.[1]

**SENTENCIA**

En San Juan, Puerto Rico, a 8 de mayo de 2025.

Considerada la *Moción de Desistimiento Voluntario* presentada por la parte peticionaria el 7 de mayo de 2025, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 L.P.R.A. Ap. XXII-B, R. 83 (A), se ordena el archivo de este caso por desistimiento.

Notifíquese.

Lo acordó el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Conforme la OATA-2025-069 del 7 de mayo de 2025, mediante la cual se asignó a la Juez Glorianne M. Lotti Rodríguez en sustitución del Hon. Abelardo Bermúdez Torres.

Número identificador
SEN2025_____